# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHINESE CONSOLIDATED BENEVOLENT ASSOCIATION, an Illinois not-for-profit corporation, | ) ) ) ) | |
| | ) | Civil Action No: 21-cv-04370 |
| Plaintiff, | ) | |
| v. | ) | District Judge Andrea R. Wood |
| | ) | |
| CHICAGO CHINATOWN BRIDGEPORT ALLIANCE SERVICE CENTER, an Illinois not-for-profit corporation and YMAN HUANG VIEN, individually, | ) ) ) ) ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME the Defendants Chicago Chinatown Bridgeport Alliance Service Center ("CCBA SC") and Yman Huang Vien ("Vien") (collectively "Defendants"), by and through their attorneys, SmithAmundsen LLC, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Honorable Court for entry of an order dismissing Plaintiff, Chinese Consolidated Benevolent Association's ("CCBA") Complaint, *with prejudice*. In support thereof, Defendants submit their and in support thereof, Defendants submit their Memorandum of Law in support of their Motion to Dismiss the Complaint.

WHEREFORE, Defendants, Chicago Chinatown Bridgeport Alliance Service Center and Yman Huang Vien, respectfully request that this Court grant their Motion to Dismiss the Complaint, *with prejudice*, and any further relief deemed proper and just. .

Date: November 23, 2021

Respectfully submitted
SmithAmundsen LLC

By:  /s/ Gary Zhao
One of the Attorneys for Defendants

SMITHAMUNDSEN LLC
Gary Zhao, Esq. (ARDC #6279527)
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
(312) 894-3377 – Telephone
gzhao@salawus.com
**ATTORNEYS FOR DEFENDANT**

**Certificate of Service**

I hereby certify that on November 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Steven L. Baron
Jonathan Lustig (6196847)
The Law Office of Jonathan Lustig P.C.
200 East Randolph
Suite 5100
Chicago, IL 60601
jonathanlustig@lustiglawgroup.com

Steven L. Baron 6200868
Baron Harris Healey
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
sbaron@bhhlawfirm.com