## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Chinese Consolidated Benevolent Association v. Chicago Chinatown Bridgeport Alliance Service Center, an Illinois not-for-profit corporation, and Yman Huang Vien, individually

Case Number: 1:21-cv-04370

An appearance is hereby filed by the undersigned as attorney for: Chicago Chinatown Bridgeport Alliance Service Center and Yman Huang Vien

Attorney name (type or print): Yuan Zhou

Firm: SmithAmundsen LLC

Street address: 150 N. Michigan Avenue, Suite 3300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 632488
(See item 3 in instructions)

Telephone Number: 312-894-3200

Email Address: yzhou@salawus.com

Are you acting as lead counsel in this case? ☐ Yes [x] No

Are you acting as local counsel in this case? ☐ Yes [x] No

Are you a member of the court's trial bar? [x] Yes ☐ No

If this case reaches trial, will you act as the trial attorney? [x] Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/22/21

Attorney signature: S/ Yuan Zhou
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015