UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| CHINESE CONSOLIDATED BENEVOLENT ASSOCIATION, an Illinois not-for profit corporation,<br><br>    Plaintiff,<br>v.<br><br>CHICAGO CHINATOWN BRIDGEPORT ALLIANCE SERVICE CENTER, an Illinois not-for-profit corporation, and YMAN HUANG VIEN, individually,<br><br>    Defendants. | Case No. 21-cv-04370<br><br>Honorable Andrea Wood |

## JOINT STATUS REPORT

Plaintiff Chinese Consolidated Benevolent Association and Defendants Chicago Chinatown Bridgeport Alliance Service Center and Yman Huang Vien file this status report pursuant to the Court's telephonic status of July 22, 2022, and order of August 1, 2022 (Dkt. 30).

(1)    **Proposed answer date.**  Defendants will answer the complaint twenty-one (21) days after the Court issues its ruling on the motion to dismiss.

(2)    **Proposed case schedule**.  The parties have already exchanged initial disclosures. The parties propose the following dates: 4/28/23 for close of fact discovery; 5/31/23 for Rule 26(a)(2) disclosures; 6/28/23 deadline to complete expert depositions; 8/2/23 deadline for filing dispositive motions. Plaintiff has demanded a jury, and the parties expect a four-day trial.

August 8, 2022                               Respectfully submitted,

CHINESE CONSOLIDATED BENEVOLENT ASSOCIATION

By: /s/ Steven L. Baron

Steven L. Baron (ARDC #6200868)
Sharon R. Albrecht (ARDC #6288927)
Baron Harris Healey
150 South Wacker Drive
Suite 2400
Chicago, Illinois 60606
(312) 741-1027
sbaron@bhhlawfirm.com
salbrecht@bhhlawfirm.com

CHICAGO CHINATOWN BRIDGEPORT ALLIANCE SERVICE CENTER and YMAN HUANG VIEN

By: /s/ Gary Zhao

Gary Zhao (ARDC #6279527)
Yuan Zhou
SmithAmundsen LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
(312) 894-3377
gzhao@salawus.com
yzhou@salawus.com